22 F.3d 301
 147 L.R.R.M. (BNA) 2511
 Freeland (Gregory), Parrill (Tim), Snow (Kenneth), Brenner
(John), Hockensmith (Tim), Walker (Willie), King (Jeffrey),
Wildesin (Dwayne R.), Speelman (Thomas W.), Nelson (Susan
A.), Little (Dennis W.), Torres (Luz), Knapp (Sally),
Williams (Kathryn), Hall (Beverly), Gaddist (Mary), Beigel
(Kevin), Smallwood (Joseph W.), Dawson (Winifred L.),
Maldonado (Jose), Elliott (Donald E.), Haines (Dale),
Wisotzkey (Jessica S.), Hoskins (Steven E.), Beard (Andrew
J.), McElhenny
 NO. 93-7404
 United States Court of Appeals,
Third Circuit.
 Mar 17, 1994
 
 Appeal From: M.D.Pa.,
 Caldwell, J.
 
 
 1
 AFFIRMED.